**EXHIBIT A**

**USCIS Receipt Notices**



**U.S. Citizenship and Immigration Services**

DEPARTMENT OF HOMELAND SECURITY

*US Citizenship & Immigration Services*
*San Jose, CA 95112*

| Application or Petition Form No.: | I-130 / 485 | File No: A | 98 407 953 |
| --- | --- | --- | --- |
| | | REF: | SRISUWAN, AMARA |
| | | DATE: | April 11, 2005 |

HAZEL MARINERO, ATTY AT LAW

99 ALMADEN BLVD., SUITE 915

SAN JOSE, CA 95113

**DM/CM**

---

FOR USCIS USE ONLY:

Your application for adjustment of status has been received. Please retain your receipt(s) as proof of filing your application. The normal processing time for permanent residency is approximately 6-8 months. You will be notified when further action is taken in your case.

☒ *Your application for Employment Authorization has been granted.*
☐ *Your application for Travel Document has been approved.*

*To pick up your work authorization document and/or travel document, you must schedule an appointment through the Internet based InfoPass by going to www.uscis.gov. On the day of your appointment please bring this letter and valid photo identification with you.*

**DO NOT** depart the United States while your application is pending without USCIS permission. Doing so will constitute the abandonment of your application and your admission to the United States may be hindered.

**YOU MUST BRING VALID PHOTO IDENTIFICATION TO THIS APPOINTMENT**

(SNJ/jb/8-22-01)

**EXHIBIT B**

**USCIS Letter Requesting Plaintiff to Provide Fingerprints**

U.S. Department of Homeland Security
*1887 Monterey Road*
*San Jose, CA 95112*



**U.S. Citizenship
and Immigration
Services**

HAZEL MARINERO
99 ALMADEN BLVD. STE. 915
SAN JOSE, CA 95113

**File #:  A 98 407 953**

**Date:   May 10, 2005**

**RE:   AMARA SRISUWAN**

-----                                                                          -----

# FINGERPRINT REFERRAL NOTICE

Type of Application: ☒ Adjustment of Status (I-485) ☐ Naturalization/Citizenship (N-400)

☒   In order to continue processing your application, you must go to a CIS Application Support Center (ASC) to have your fingerprints taken.

☐   It has been determined that you must have your fingerprints retaken.

You are hereby requested to appear to be fingerprinted at the location below:

☒ Application Support Center                ☒ Application Support Center (Santa Rita Plaza)
  122 Charcot Ave                             1954 North Main Street
  San Jose, CA 95131                          Salinas, CA 93906

**Hours:**   Sunday & Monday:      **CLOSED**
            Tuesday – Saturday     8:00 am – 3:30 pm
            (To ensure being served, arrive by 3:00 pm)

## UPON RECEIPT OF THIS NOTICE

If you cannot go to the CIS ASC on the day you receive of this notice, you may go on any business day thereafter, as long as you report as instructed below:

### Naturalization Applicant Report within 90 Days

If you do not have your fingerprints taken within the allotted period, your application or petition may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13).

When you go to have your fingerprints taken, you should bring: 1) THIS **NOTICE**; 2) your **Alien Registration Card (ARC).** If you do not have an ARC, you must bring your **Employment Authorization Card** or alternative photo identification such as passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. **Naturalization applicants MUST bring Alien Registration card & Adjustment of Status Applicants MUST bring your Employment Authorization Card.** All others must bring a state or government I.D. or an I.D. issued by your country. If you do not bring this notice and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of you application.

## FOR QUESTIONS REGARDING YOUR FINGERPRINTS.  CALL 1-888-557-5398.

Please take note that the staff at the Application Support Center (ASC) will not be able to answer any questions about the status of your application.

JRS-01/27/03
Form N-14                                                                       *Ch*
(Rev. 12-31-82) Y (SFRFP/ASC 0198)

**EXHIBIT C**

**Declaration by Attorney Hazel Marinero that USCIS Officer Zeman left
Voicemail Approving I-601 Waiver for Plaintiff**

*Law Offices of Hazel Marinero*

Union Bank Building
99 Almaden Blvd., Ste. 915
San Jose, CA 95113
408-299-0602
408-299-0605
hazel@marinerolaw.com

October 24, 2007

To Whom It May Concern,

Re: Adjustment of Status Application of Amara Srisuwan

Dear Sir/Madam,

I, Hazel G. S. Marinero, Attorney at Law, State Bar Number 127737, state under penalty of perjury the following:

1. On July 20, 2005 I represented Ms. Amara Srisuwan at her Adjustment of Status interview with CIS in San Jose, California. Her United States Citizen husband, Mr. Brian Horwitz, was also present. The interviewing officer was Mr. Larry Zeman.

2. At the conclusion of the interview the officer told us he could see no problem with the marriage relationship, however, he stated he would need a 212 h waiver because of Ms Srisuwan's 43.02 Texas Penal Code conviction dated 3/16/2004.

3. On or around August 6, 2005, I mailed the 212 h waiver package to Officer Zeman, 1887 Monterey Road, San Jose CA 95112 via fedex.

4. Around 14 days later I left a voicemail on Officer Zeman's voicemail asking him to verify that he had received the waiver package.

5. Around 7 days later, after my call to Officer Zeman, I received a call back on my voicemail from Officer Zeman informing me that he had approved Ms. Srisuwan's 212 H waiver but that her application was still pending a security clearance from the FBI.

Sworn Statement of Hazel Marinero, Esq.
Page 2 of 2

6. My office has made multiple inquiries since then to inquire into the status of Ms. Srisuwan's Adjustment of Status application to no avail.


Sincerely

*Hazel Marinero*

Hazel G. S. Marinero
Attorney at Law

**EXHIBIT D**

**October 31, 2005 AOS Status Inquiry to USCIS**

**Linda Gohl**

| | |
|---|---|
| **From:** | Linda Gohl |
| **Sent:** | Monday, October 31, 2005 3:01 PM |
| **To:** | 'FBINNCP@ic.fbi.gov' |
| **Cc:** | Hazel Marinero; Iris Ruano |
| **Subject:** | SRISUWAN, Amara/A 98 407 953 |

RE:    **SRISUWAN, Amara**    **A 98 407 953**
       **DOB: 02/14/1971**

Dear FBI Officer,

Our client, Ms. Amara Srisuwan, applied for Adjustment of Status in March 2005. She had her interview on July 20, 2005. On August 9, 2005, we submitted an I-601 application on Ms. Srisuwan's behalf. The waiver has been accepted and approval for Ms. Srisuwan's petition is pending FBI name check clearance. It has now been nearly 2 months since we were notified of the pending name check clearance, will you please inform us as to whether Ms. Amara Srisuwan's Name Check has already cleared and if not, what is causing the delay?

If you need further information in order to look into this, please contact me at anytime.

Best Regards,

Linda Gohl
Assistant to Hazel Marinero

Law Offices of Hazel Marinero
99 Almaden Blvd. Suite 915
San Jose, CA 95113
Tel: (408) 299-0602
Fax: (408) 299-0605

10/31/2005

**Linda Gohl**

| | |
|---|---|
| **From:** | Linda Gohl |
| **Sent:** | Monday, October 31, 2005 3:29 PM |
| **To:** | 'Sanjose, Askcis ' |
| **Cc:** | Hazel Marinero; Iris Ruano |
| **Subject:** | SRISUWAN, Amara / A 98 407 953 |

**RE:    SRISUWAN, Amara      A 98 407 953**
     **DOB: 02/14/1971**

Dear Officer Winnie,

Our client, Ms. Amara Srisuwan, applied for Adjustment of Status in March 2005. She had her interview on July 20, 2005. On August 9, 2005, we submitted an I-601 application on Ms. Srisuwan's behalf. The waiver has been accepted and approval for Ms. Srisuwan's petition is pending FBI name check clearance. It has now been nearly 2 months since we were notified of the pending name check clearance, will you please inform us as to whether Ms. Amara Srisuwan's Name Check has already cleared and if not, what is causing the delay?

If you need further information in order to look into this, please contact me at anytime.

Best Regards,

Linda Gohl
Assistant to Hazel Marinero

Law Offices of Hazel Marinero
99 Almaden Blvd. Suite 915
San Jose, CA 95113
Tel: (408) 299-0602
Fax: (408) 299-0605

10/31/2005

**EXHIBIT E**

**February 3, 2006 USCIS Response to AOS Status Inquiry**



# U.S. DEPARTMENT OF HOMELAND SECURITY
## *U.S. CITIZENSHIP AND IMMIGRATION SERVICES*

*1887 Monterey Rd. San Jose, CA 95112*

### DATE:    February 3, 2006

### "A" FILE #: A98407953

### NAME: Amara Srisuwan

**Dear Applicant:**

**Your application for permanent resident status is pending for the reason(s) checked below:**

---

**INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW.** No response will be given if submitted prior to the 120 days.  Inquiries may be submitted in one of the following manners:

| **WALK-IN OR DROP OFF INQUIRY:** | **OR** | **MAIL** |
|---|---|---|
| INFORMATION UNIT LOBBY | | Bureau of Citizenship & Immigration Services |
| 1887 Monterey Road, San Jose, CA | | ATTN: AOS INQUIRIES |
| SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM | | 1887 Monterey Road |
| Thurs. – 7:00 AM – 12:00 NOON | | San Jose, CA 95112 |

**NOTE: Please bring this notice with you if you come to the office in person to inquire.  Please include a copy of this notice with any correspondence.**

---

☒ A required background check has been initiated; however, a response is still pending for
   ☒ you    ☐ your spouse    ☐ your child(ren):_____.

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available.  Your category is:_____
Country of Chargeability:_____ Priority Date_____.  *When a visa number is available, you should **MAIL** a copy of this notice to:  C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview.  *If you have not heard anything from us within* **nine months** *from the above date, you may inquire concerning your case by fax to (408) 918-3930.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Your FBI Clearance has expired. Please follow the instructions for re-fingerprinting on the attached sheet. Please allow 60 days for receipt of your new FBI Clearance before initiating an inquiry with us.

☐ Please follow the instructions on the attached Form I-72 that is being provided to you today.  You must submit all requested documents within 90 days.  Additional time may not be granted (see 8 CFR 103.2(b)(8)).

☐ Other:

**SNJ/DAO** _____

WR-830    (SNJ) 2210    (Interim REV. 04/22/03)

**EXHIBIT F**

**July 21, 2006 AOS Status Inquiry to USCIS**

Law Offices of
**HAZEL G.S. MARINERO Ph.D LL.B M.A**

99 Almaden Blvd. Suite 915          Tel: 408-299-0602
San Jose, CA 95113                  Fax: 408-299-0605
                                    e-mail: hazel@marinerolaw.com



July 21, 2006

US Citizenship and Immigration Service
Adjustment of Status Unit
1887 Monterey Road
San Jose, CA 95112

# STATUS INQUIRY

**RE:    IR Adjustment of Status**
**Amara SRISUWAN / A 98 407 953**

Dear Officer,

I would like to inquire on the status of this case. My client's Adjustment of Status' approval has
been pending for name check since July 20, 2005; one year ago.

Kindly update me as to what the status of this case. Your attention to this matter is greatly
appreciated.

                    Yours Truly,
                    Law Office of Hazel Marinero

                    Hazel Marinero

Zeman

**EXHIBIT G**

**November 7, 2006 AOS Status Inquiry to USCIS**

Law Offices of
**HAZEL G.S. MARINERO Ph.D LL.B M.A**

99 Almaden Blvd. Suite 915
San Jose, CA 95113

Tel: 408-299-0602
Fax: 408-299-0605
e-mail: hazel@marinerolaw.com

November 7, 2006

US Citizenship and Immigration Service
**Attn: Supervisor Irma Lerma**
Adjustment of Status Unit
1887 Monterey Road
San Jose, CA 95112

*Via facsimile*
408-918-3801

# STATUS INQUIRY

**RE:    IR Adjustment of Status**
**Amara SRISUWAN / A 98 407 953**

Dear Officer,

I would like to inquire on the status of this case. My client's Adjustment of Status' approval has been pending for name check since July 20, 2005; over one year ago.

Kindly update me as to what the status of this case. Your attention to this matter is greatly appreciated.

Yours Truly,
Law Office of Hazel Marinero

(for)

Hazel Marinero

**EXHIBIT H**

**February 16, 2007 FOIPA Inquiry to the FBI**

Law Offices of
HAZEL G.S. MARINERO Ph.D LL.B M.A

99 Almaden Blvd., Suite 915          Tel: (408) 299-0602
San Jose, CA 95113                   Fax: (408) 299-0605
                                     E-mail: hazel@marinerolaw.com

February 16, 2007

Federal Bureau of Investigation
Record Information/Dissemination Section (RIDS)
Service Request Unit, Room 6359
935 Pennsylvania Ave., N.W.
Washington, DC  20535

Re:    Arama Srisuwan/A098 407 953 Freedom of Information Privacy Act Request

Dear Madam or Sir:

This office is requesting a FOIPA for the above-reference client.  In March 2005 Ms.
Srisuwan applied for adjustment of status as the wife of a U.S. citizen.  In July 2005,
DHS interviewed Ms. Srisuwan.  This case is still pending awaiting a name check.  We
would like a copy of her FBI file so we can properly represent her.

We are enclosing the following documents:

- Privacy Act Request; and
- Privacy Waiver and Certification of Identity

We are willing to pay for any necessary and proper duplication fees that you assess.

If you have any questions, please do not hesitate to contact me.  We thank you in advance
for your assistance in this matter.


Very truly yours,
Law Offices of Hazel Marinero

(for) Hazel Marinero



U.S. Department of Justice

Federal Bureau of Investigation
Washington, D.C. 20535

## Privacy Act Request

The following information is necessary in order to file a Freedom of Information-Privacy Acts (FOIPA) request.

Full Name: Amara SRISUWAN

Aliases used: Eve

Current Address:
1093 Foxchase Drive, San Jose, CA 95123

Date of Birth: 02/14/1971    Place of Birth: Bangkok, Thailand

Daytime Telephone Number: (408) 266-1807

Social Security Number (optional): 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

You may also wish to provide prior addresses, employments, etc., which you believe may assist the FBI in locating the information you seek:
I have applied for Adjustment of Status and my immigration file
number is A98 407 953.

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature _____  Date 02/16/2007

Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place.

A Legible and original signature is required.

**EXHIBIT I**

**March 7, 2007 Response to FOIPA Inquiry from the FBI**



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*March 7, 2007*

MS. HAZEL G.S. MARINERO
SUITE 915
99 ALMADEN BOULEVARD
SAN JOSE, CA 95113

Request No.: 1071767- 000
Subject: SRISUWAN, AMARA

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States** .

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program** (NNCP) conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

**EXHIBIT J**

**March 26, 2007 AOS Status Inquiry to USCIS with FOIPA Response
Attached**

Law Offices of
HAZEL G.S. MARINERO PhD LL.B M.A

99 Almaden Blvd., Suite 915
San Jose, CA 95113

Tel: (408) 299-0602
Fax: (408) 299-0605
E-mail: hazel@marinerolaw.com

March 26, 2007

US Citizenship and Immigration Service
Adjustment of Status Unit
1887 Monterey Road
San Jose, CA  95112

# STATUS INQUIRY

**RE:** **IR Adjustment of Status Amara SRISUWAN / A98 407 953**

Dear Officer,

I would like to inquire on the status of this case.  My client's Adjustment of Status approval has been pending for a name check since July 20, 2005, nearly two years ago.

On or about February 16, 2007, we requested a Freedom of Information Privacy Act Request with the FBI.  On or about March 7, 2007, the FBI responded that they had no records on Ms. Srisuwan.  We are enclosing copies of these documents for your convenience.

Please update me as to the status of this case.  Thank you for your kind attention to this matter.

Very truly yours,
Law Offices of Hazel Marinero

(for) Hazel Marinero, PhD, LL.B, MA
Attorney at Law

**EXHIBIT K**

**April 3, 2007 USCIS Response to AOS Status Inquiry**

*To serve you more efficiently we are replying to your letter by this informal method enabling a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.*

**Law Office of Hazel G.S. Marinero**
**99 Almaden Blvd., Ste. 915**
**San Jose, CA 95113**

A 98 407 953
Date: April 3, 2007

Your case is still pending fingerprint clearance from the FBI. Until that happens, your case at this time cannot move forward. This is per our electronic data concerning your client, Amara SRISUWAN.

Sincerely,
Information Unit/SP
Citizenship & Immigration Services
1887 Monterey Rd
San Jose CA 95112

M-180 (Rev. 10-15-75)Y

**EXHIBIT L**

**Response to Request for Assistance from U.S. Rep. Mike Honda**

**MICHAEL M. HONDA**
15th District, California

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
Subcommittees:
Aviation
Highways and Transit

COMMITTEE ON SCIENCE
Subcommittees:
Research
Energy



## Congress of the United States
### House of Representatives

WASHINGTON OFFICE:
1713 Longworth House Office Building
Washington, DC 20515
Phone: (202) 225-2631
Fax:    (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 South Bascom Avenue
Suite #815
Campbell, CA 95008
Phone: (408) 558-8085
Fax:    (408) 558-8086
(888) 643-4715
Gilroy Residents: (888) 643-4715

May 16, 2007

Mrs. Amara Srisuwan
1093 Foxchase Drive
San Jose, California 95123

Dear Mrs. Srisuwan:

Thank you for contacting my office regarding your immigration petition. I am sorry to hear about the difficulties you are experiencing with your FBI name check. According to my liaison at the FBI, your name check "is currently in progress."

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. According to the FBI, the name check process is administered by the National Name Check Program and involves several layers of review. The FBI's homeland security mission requires that the name check process be primarily focused on an accurate and thorough result. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays and/or complications may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information. In some cases, name checks require further investigation or detailed review.

According to the FBI, additional staff has been added to process the backlog caused by the tremendous volume of name check requests. However, if the delay is the result of another agency or a case requires more extensive review, the FBI cannot proceed with final processing. Unfortunately, some investigations take many months to complete.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. These security checks are done for all cases involving a petition or application for an immigration service or benefit. USCIS works closely with the Federal Bureau of Investigation (FBI) and other agencies to complete the background checks. The FBI name check is just one part of this process. Included with this letter is a USCIS Fact Sheet on Immigration Security Checks - How and Why the Process Works. This fact sheet may answer additional questions you may have about the entire security screening process.

I know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible. Please understand that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or any other investigative agency. Once my office has verified that your name check is under active review, there is no further action to be taken.

I regret that my office could not provide a more favorable response at this time. However, I hope you will find this information useful.

Sincerely,

Michael M. Honda

Mike Honda
Member of Congress

Please feel free to visit my website at www.house.gov/honda. You can find out about additional resources available to you and your family or sign up for my e-newsletter to receive updates on my Congressional activities and national issues affecting you.

MH: MN

**EXHIBIT M**

**Processing times for AOS Petitions at the San Jose USCIS Office As Of October 15, 2007**




Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted October 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | February 22, 2007 |
| N-600 | Application for Certification of Citizenship | April 15, 2007 |

[ Print This Page ]   [ Back ]

**10-23-2007 08:34 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security