1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  MELANIE L. PROCTOR, CSBN 228971
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 AMARA SRISUWAN,                    )
                                      )
13              Plaintiff,            )  No. C 07-5465 RS
                                      )
14        v.                          )
                                      )  **PARTIES' CONSENT TO MAGISTRATE**
15 ROBERT S. MUELLER, III,            )  **JUDGE JURISDICTION**
   Director of Federal Bureau of Investigation; )
16 MICHAEL CHERTOFF, Secretary of     )
   Department of Homeland Security;   )
17 EMILIO T. GONZALEZ, Director of    )
   U.S. Citizenship and Immigration Services; )
18 ROSEMARY MELVILLE, District Director, )
   USCIS San Francisco, CA;           )
19 FRANK D. SICILIANO, Field Office   )
   Director USCIS San Francisco, CA,  )
20                                    )
                Defendants.            )
21 _____)

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

23 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

24 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

25 final judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-5465 RS

| | | |
|---|---|---|
| 1 | Date: December 27, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | _____/s/_____<br>MELANIE L. PROCTOR |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: December 27, 2007 | _____/s/_____<br>BERNADETTE W. CONNOLLY<br>Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-5465 RS                                    2