SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AMARA SRISUWAN,<br>    Plaintiff,<br>    v.<br>ROBERT S. MUELLER, III,<br>Director of Federal Bureau of Investigation;<br>MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of<br>U.S. Citizenship and Immigration Services;<br>ROSEMARY MELVILLE, District Director,<br>USCIS San Francisco, CA;<br>FRANK D. SICILIANO, Field Office<br>Director USCIS San Francisco, CA,<br>    Defendants. | No. C 07-5465 RS<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourteen-day extension of time within which the Defendants must serve its answer in the above-entitled action. The Defendants will file their answer on or before January 14, 2008.

///

///

Stip. to Extend Dates
C07-5465 RS

| | | |
|---|---|---|
| 1 | Date: December 27, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>MELANIE L. PROCTOR |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: December 27, 2007 | _____/s/_____<br>BERNADETTE W. CONNOLLY<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
RICHARD SEEBORG
United States Magistrate Judge

Stip. to Extend Dates
C07-5465 RS                                         2