**\*E-FILED 1/9/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMARA SRISUWAN, | NO. C 07-05465 RS |
|     Plaintiff, | **ORDER** |
|   v. | |
| ROBERT S. MUELLER III, et al., | |
|     Defendants. | |

In this action, plaintiff seeks to compel defendants to take action on her I-485 application. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment, and plaintiff has denominated her pleadings as including such a motion. The parties are directed, therefore, to set cross-motions for summary judgment for hearing as promptly as practicable.

The Order Setting Initial Case Management Conference and ADR Deadlines entered on October 25, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: January 9, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-05465 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Bernadette Willeke Connolly     bwconnolly@aol.com

Hazel Grierson Marinero     hazel@marinerolaw.com

Melanie Lea Proctor     Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

**Dated: January 9, 2008**                                    **Chambers of Judge Richard Seeborg**

                                                    **By:**     **/s/ BAK**

ORDER
C 07-05465 RS

2

United States District Court
For the Northern District of California