JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMARA SRISUWAN, | ) | No. C 07-5465 RS |
|                Plaintiff, | ) | |
| v. | ) | |
| ROBERT S. MUELLER III, et al., | ) | STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a) |
|                Defendants. | ) | |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///

///

///

///

///

///

///

///

JOINT DISMISSAL
C 07-5465 RS

1  Each of the parties shall bear their own costs and fees.

2  Dated: February 7, 2008                                    Respectfully submitted,

3                                                              JOSEPH P. RUSSONIELLO
   United States Attorney

4

5                                                                  /s/
   MELANIE L. PROCTOR[1]
6                                                              Assistant United States Attorney
   Attorneys for Defendants

7

8  Dated: February 7, 2008                                          /s/
   BERNADETTE W. CONNOLLY
9                                                              Attorney for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT DISMISSAL
C 07-5465 RS                                2